FILED
JUL 12 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAIQAIL WRIGHT,<br>    also known as "Jaigail Wright" | No. 18 CR 284-3<br><br>JUDGE CHANG<br><br>MAGISTRATE JUDGE VALDEZ<br><br>Violations: Title 18, United States Code, Sections 922(a)(1)(A), 922(g)(1), and 2 |

**SUPERSEDING INFORMATION**

**COUNT ONE**

The UNITED STATES ATTORNEY charges:

From no later than in or about July 2016, and continuing until on or about May 10, 2018, in the Northern District of Illinois, Eastern Division, and elsewhere,

CHRISTOPHER HENDERSON,
JOHN L. PHILLIPS,
also known as "JoJo" and "Durk," and
JAIQAIL WRIGHT,
also known as "Jaigail Wright,"

defendants herein, not being licensed importers, manufacturers, or dealers, willfully engaged in the business of dealing in firearms;

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

## COUNT TWO

The UNITED STATES ATTORNEY further charges:

On or about May 10, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

> JAIQAIL WRIGHT,
> also known as "Jaigail Wright,"

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce ammunition, namely, six rounds of Companhia Brasileira de Cartuchos, .40 caliber ammunition, which ammunition had traveled in interstate and foreign commerce prior to defendant's possession of the ammunition;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The UNITED STATES ATTORNEY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Sections 922 and 924, as set forth in this Information, defendants shall forfeit to the United States of America any firearm and ammunition:

    a. involved in and used in any offense of conviction, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and

    b. found in the possession and under the immediate control of the defendants at the time of arrest, upon conviction of any offense for committing and attempting to commit any felony involving the use of threats, force, and violence, and perpetrated in whole or in part by the use of firearms, as provided in 18 U.S.C. § 3665.

2. The property to be forfeited includes, but is not limited to:

    a. a Glock, model 19, 9 millimeter pistol, bearing serial number ABXP891;

    b. a Glock, model 23, .40 caliber pistol, bearing serial number BBFY989;

    c. a Glock, model 26, 9 millimeter caliber semi-automatic pistol with an obliterated serial number, magazines, and associated ammunition;

    d. a Glock, model 27, .40 caliber semi-automatic pistol, bearing serial number AAFH542, and associated ammunition;

      e.    a Glock, model 22, .40 caliber semi-automatic pistol, bearing serial number EEZ363US; and

      f.    two Glock magazines and six rounds of Companhia Brasileira de Cartuchos, .40 caliber ammunition.

*[signature]*
UNITED STATES ATTORNEY

4